Certificate Number: 12459-MN-CC-036641465



12459-MN-CC-036641465

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 25, 2022, at 5:48 o'clock PM PDT, Quinton Duruji received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Minnesota, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:　June 25, 2022　　　　　　　　By:　/s/Mayra Contreras

　　　　　　　　　　　　　　　　　　Name:　Mayra Contreras

　　　　　　　　　　　　　　　　　　Title:　Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 12459-MN-CC-036641466



12459-MN-CC-036641466

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 25, 2022, at 5:48 o'clock PM PDT, Davina Duruji received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Minnesota, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 25, 2022         By:   /s/Mayra Contreras

                              Name: Mayra Contreras

                              Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).