Certificate Number: 05781-MN-DE-036706703

Bankruptcy Case Number: 22-41034



05781-MN-DE-036706703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2022, at 5:18 o'clock PM PDT, Quinton Duruji completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   July 24, 2022          By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President