# Lathrop GPM

Lathrop GPM LLP
lathropgpm.com

1010 West St. Germain Street
Suite 500
St. Cloud, MN 56301
Main: 320.252.4414

**Dorraine A. Larison**
Attorney
Dorraine.Larison@lathropgpm.com
320.202.5331

August 16, 2022

THE HONORABLE KATHERINE CONSTANTINE
U.S. BANKRUPTCY COURT
301 DIANA E MURPHY U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN  55415

RE:  Quinton Jamahl Duruji and Davina Monique Duruji
      Bky. Case No. 22-41034

Dear Judge Constantine:

Please be advised that we represent PSB Credit Services, Inc., regarding the case referenced above. The debtors and debtors' counsel have requested a continuance regarding the plan confirmation hearing scheduled for August 18, 2022, and PSB Credit Services, Inc. does not oppose the continuation of this hearing. Please continue this hearing to September 15, 2022.

If you have any questions or need additional information, please let me know.

Thank you.

Very truly yours,

Dorraine A. Larison
Attorney

DAL/eal

49491367v1