

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*   Telephone: *(612) 664-5600*
*300 South Fourth Street*        Fax: *(612) 664-5787*
*Minneapolis, MN 55415*

**Via ECF**                                          October 12, 2022

Honorable Katherine A. Constantine
United States Bankruptcy Judge
United States Bankruptcy Court
200 Warren E. Burger Federal Building and U.S. Courthouse
St. Paul, Minnesota 55101

    Re:   **Quinton Jamahl Duruji and Davina Monique Duruji**
           BKY No. 22-41034

Dear Judge Constantine:

    Please be advised that the United States of America, Internal Revenue Service, and debtors' counsel, and the Trustee have agreed to a one-month continuance of the confirmation hearing with regard to the above-entitled Chapter 13 bankruptcy case given the pendency of debtors' sale motion, which is set to be heard on November 3, 2022. The Chapter 13 confirmation hearing is currently scheduled for October 20, 2022 at 10:00 a.m. and will be continued to the November 17, 2022 calendar.

                          Sincerely,

                          ANDREW M. LUGER
                        United States Attorney

                        */e/Erin M. Secord*

                        BY: ERIN M. SECORD
                        Assistant U.S. Attorney
                        Attorney ID No. 0391789
                        Email: erin.secord@usdoj.gov
                        600 U.S. Courthouse
                        300 South Fourth Street
                        Minneapolis, MN 55415
                        612-664-5600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:

Quinton Jamahl Duruji and
Davina Monique Duruji,

Chapter 13

Case No. 22-41034

　　　　Debtors.

## UNSWORN CERTIFICATE OF SERVICE

I, Erin M. Secord, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on October 12, 2022, I caused to be served a copy of the following documents:

**Letter to Court Agreeing to Continuance of the IRS Objections to Confirmation and Chapter 13 Confirmation Hearing and Unsworn Certificate of Service**

to be mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

| | |
|---|---|
| Quinton Jamahl Duruji<br>1373 45th Ave SW<br>Willmar, MN 56201 | Davina Monique Duruji<br>1373 45th Ave SW<br>Willmar, MN 56201 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:  October 12, 2022　　　Signed:　　/e/Erin M. Secord
　　　　　　　　　　　　　　　　　　　　　　ERIN M. SECORD
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney