## VERIFICATION

I, Rhonda M. Morris, Insolvency Specialist with the Internal Revenue Service, an agent for the movant named in the Chapter 13 Bankruptcy Case No. 22-40134, declare under penalty of perjury that the foregoing facts in the objection to confirmation of modified plan and motion to dismiss regarding the bankruptcy of Quinton Jamahl Duruji and Davina Monique Duruji are true and correct according to the best of my knowledge, information, and belief.

Dated:    11/3/2022

*/s/ Rhonda M. Morris*
RHONDA M. MORRIS
Insolvency Specialist