**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Chapter 13 |
| Quinton Jamahl Duruji and<br>Davina Monique Duruji, | Case No. 22-41034 |
| Debtors. | |

---

**NOTICE OF APPEARANCE AND**
**REQUEST TO RECEIVE ALL NOTICES**

---

DORRIANE A. LARISON of LATHROP GPM LLP gives notice under Bankruptcy Rule 9010(b) that she is appearing in the above-entitled bankruptcy proceeding as counsel for PSB Credit Services, Inc.

Dorraine A. Larison requests that she receive all notices in this case.

Dated: November 4, 2022.              LATHROP GPM LLP

                                      /e/ Dorraine A. Larison
                                      Dorriaine A. Larison (203609)
                                      1010 West St. Germain, Suite 500
                                      St. Cloud, MN  56301
                                      320-252-4414 Phone
                                      320-252-4482 Facsimile
                                      E-mail:  dorraine.larison@lathropgpm.com

49921827v1