**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Chapter 13 |
| Quinton Jamahl Duruji and Davina Monique Duruji, | Case No. 22-41034 |
| Debtors. | |

---

**NOTICE OF APPEARANCE AND**
**REQUEST TO RECEIVE ALL NOTICES**

---

DANIEL W. REMINGTON of LATHROP GPM LLP gives notice under Bankruptcy Rule 9010(b) that he is appearing in the above-entitled bankruptcy proceeding as counsel for PSB Credit Services, Inc.

Daniel W. Remington requests that he receive all notices in this case.

Dated: November 4, 2022.              LATHROP GPM LLP

                                       By: /e/ Daniel W. Remington
                                       Daniel W. Remington (#0402804)
                                       80 South 8th Street
                                       500 IDS Center
                                       Minneapolis, MN 55402
                                       612.632.3474
                                       Dan.Remington@lathropgpm.com

49921877v1