**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Chapter 13 |
| Quinton Jamahl Duruji and Davina Monique Duruji, | Case No. 22-41034 |
| Debtors. | |

---

**NOTICE OF APPEARANCE AND**
**REQUEST TO RECEIVE ALL NOTICES**

---

JEFFREY A. PETERSON of LATHROP GPM LLP gives notice under Bankruptcy Rule 9010(b) that he is appearing in the above-entitled bankruptcy proceeding as counsel for PSB Credit Services, Inc.

Jeffrey A. Peterson requests that he receive all notices in this case.

Dated:  November 7, 2022.            LATHROP GPM LLP

/e/ Jeffrey A. Peterson
Jeffrey A. Peterson (0387556)
1010 West St. Germain, Suite 500
St. Cloud, MN  56301
320-252-4414 Phone
320-252-4482 Facsimile
E-mail:  jeffrey.peterson@lathropgpm.com

49917115v1