**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br>Quinton Jamahl Duruji<br>Davina Monique Duruji,<br><br>　　　　　Debtors. | BKY 22-41034<br>Chapter 13 |

**NOTICE OF CONTINUED HEARING ON TRUSTEE'S MOTION TO DISMISS**

　　The hearing on trustee's motion to dismiss has been continued to Thursday, December 15, 2022, at 10:00 a.m. in Courtroom 8 West, 8th Floor, U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415.

　　Any response to the motion must be filed and served not later than Saturday, December 10, 2022, which is five days before the time set for the hearing (including Saturdays, Sundays and legal holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: 11-17-22

　　　　　　　　　　　　　　　　　　　　　/e/ Kyle L. Carlson
　　　　　　　　　　　　　　　　　　　　　Kyle L. Carlson
　　　　　　　　　　　　　　　　　　　　　Chapter 12 & 13 Trustee
　　　　　　　　　　　　　　　　　　　　　PO Box 519
　　　　　　　　　　　　　　　　　　　　　Barnesville, MN 56514
　　　　　　　　　　　　　　　　　　　　　218-354-7356

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 22-41034 |
| Quinton Jamahl Duruji | Chapter 13 |
| Davina Monique Duruji, | |
| Debtors. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached notice of continued hearing upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Quinton Jamahl Duruji
Davina Monique Duruji
1373 45th Ave SW,
Willmar, MN 56201

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 11-17-22

                                                        /e/ Jamie Swenson
                                                        Jamie Swenson
                                                        Chapter 13 Office