# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Quinton Jamahl Duruji and  Chapter 13
Davina Monique Duruji,

                                                             Case No. 22-41034

       Debtors.

**ORDER DENYING CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

This matter came before the court for hearing on confirmation of the Debtors' Modified Chapter 13 Plan filed on October 19, 2022 [Doc 21]. Based on the record,

IT IS ORDERED:

Confirmation of the Debtor's Modified Chapter 13 Plan [Doc 21] is denied.

Dated: *November 18, 2022*

                                                       /e/ Katherine A. Constantine
                                                     United States Bankruptcy Judge