**EXHIBIT B**

## ALLONGE

This Allonge is affixed to and made a part of that certain Promissory Note dated June 11, 2015, made by Quinton Duruji, payable to the order of PrinsBank, in the original amount of $327,600.00, as such evidence of indebtedness has been amended, modified, supplemented, renewed, endorsed, negotiated, sold, assigned, conveyed, restated, or otherwise transferred to date.

PAY TO THE ORDER OF PSB CREDIT SERVICES, INC. ("Buyer"), WITHOUT RECOURSE, AS IS, WHERE IS, WITH ALL FAULTS, AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND OR NATURE.

Dated as of the 14 day of June, 2022.

PRINSBANK, a Minnesota banking corporation

By _____
Josh Lundeen
Its Vice President

1