33-034-0050

**EXHIBIT D**

KANDIYOHI COUNTY, MINNESOTA
Certified, filed and/or recorded on
06/24/2022 03:48:08 PM
AS DOCUMENT # 688322
Julie Kalkbrenner
County Recorder
Recording fee: 46.00
Well Discl Cert fee:

Recorded By:

Lathrop GPM LLP
Attn. Dorraine A. Larsion
1010 W St. Germain, Ste. 500
St. Cloud, MN 56301

And When Recorded Mail To:

PrinsBank
Attn. Cara Mulder
508 Third Street
Prinsburg, MN 56281-0038
320-978-6351

## ASSIGNMENT OF MORTGAGE

PRINSBANK, a Minnesota banking corporation ("Assignor"), having an address of 508 Third Street, Prinsburg, MN 56281-0038, is the holder of that certain Mortgage granted by Quinton Duruji and Davina Duruji, dated June 11, 2015, recorded in the Office of the County Recorder of Kandiyohi County, Minnesota, on June 29, 2015, as Document No. 628123 (together with any assignments, amendments, renewals, extensions, or modifications thereto, the "Mortgage"). The Assignor hereby assigns the Mortgage together with all obligations, promissory notes, and claims secured thereby, to PSB CREDIT SERVICES, INC. ("Assignee") with an address of 508 Third Street, Prinsburg, MN 56281-0038. A description of the real property described in the Mortgage/DOT Short Name is set forth on the attached Exhibit A.

This Assignment is made without recourse, representations, or warranties of any kind or nature.

[THE REMAINDER OF THIS PAGE WAS LEFT BLANK INTENTIONALLY]

1

49105702v1

Case 22-41034   Doc 34-4   Filed 12/06/22   Entered 12/06/22 10:43:31   Desc
Exhibit(s) D   Page 2 of 3

IN WITNESS WHEREOF, Assignor has duly executed this Assignment of Mortgage to be effective as of June 14th, 2022.

PRINSBANK, a Minnesota banking corporation

By /s/ Josh Lundeen
Josh Lundeen
Its Vice President

STATE OF MINNESOTA )
)
COUNTY OF KANDIYOHI )

I HEREBY CERTIFY that on this 14th day of June, 2022, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Josh Lundeen, who, being duly sworn did say that he is the Vice President of PRINSBANK, a Minnesota banking corporation, and who is known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and who acknowledged that said instrument was executed on behalf of said corporation by authority of its Board of Directors and for the purposes therein contained.

IN WITNESS my hand and notary seal.

[Seal: WENDY MAE DEHMLOW, Notary Public-Minnesota, My Commission Expires Jan 31, 2024]

/s/ Wendy Mae Dehmlow
Notary Public

2

49105702v1

Document Number #688322   Page 2

# EXHIBIT A

That part of the West Half of the Northwest Quarter of Section 34, Township 119 North, Range 35 West of the Fifth Principal Meridian, Willmar Township, Kandiyohi County, Minnesota, described as follows: Commencing at the northwest corner of said Section 34; thence on a bearing of South 00°30'22" W, along the west line of said Section 34, a distance of 1569.46 feet; thence on a bearing of North 89°17'42" E a distance of 827.59 feet to the point of beginning of the land to be described; thence on a bearing of North 00°59'38" W a distance of 194.00 feet; thence on a bearing of South 84°41'57" W a distance of 146.77 feet; thence on a bearing of N 05°39'38" W a distance of 72.00 feet; thence on a bearing of South 85°49'22" W a distance of 109.00 feet; thence on a bearing of North 02°49'22" E a distance of 90.00 feet; thence on a bearing of North 88°30'38" W a distance of 87.41 feet; thence on a bearing of North 01°29'22" E a distance of 363.28 feet; thence on a bearing of North 86°22'47" E a distance of 40.00 feet; thence on a bearing of North 03°42'11" W a distance of 858.40 feet, to the north line of said Section 34; thence on a bearing of South 89°55'12" E, along the north line of said Section 34, a distance of 95.21 feet; thence on a bearing of South 03°42'11" E a distance of 896.71 feet; thence on a bearing of North 86°22'47" E a distance of 198.56 feet; thence on a bearing of South 89°27'59" E a distance of 242.68 feet; thence on a bearing of South 00°32'01" W a distance of 671.03 feet; thence on a bearing of South 89°17'42" W a distance of 233.38 feet to the point of beginning.