**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:

Quinton Jamahl Duruji and
Davina Monique Duruji.

Debtors.

Chapter 13

Case No. 22-41034 (KAC)

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I, Emily Legatt, certify that on December 6, 2022, the following documents:

- Notice and Motion for Relief from the Automatic Stay
- Memorandum of Law in Support of Motion for Relief from the Automatic Stay
- Unsworn Certificate of Service
- Proposed Order Granting Motion for Relief from Automatic Stay

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all electronic filing users.

I certify that a copy of the above-described pleadings were mailed by First Class Mail, postage prepaid, to each person/entity named below at the address stated below for each person/entity on December 6, 2022:

    Parties on attached Service List.

Dated: December 6, 2022

/s/ **Emily A. Legatt**
LATHROP GPM LLP
1010 West St. Germain Street
Suite 500
St. Cloud, MN 56301

50076925v1

-1-

**SERVICE LIST**

UNITED STATES SMALL BUSINESS
ADMINISTRATION
U.S. ATTORNEY'S OFFICE
ATTN: ERIN M. SECORD
600 U.S. COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415-1320

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
US ATTORNEY'S OFFICE
C/O ERIN M. SECORD
300 SOUTH FOURTH STREET
ROOM 600
MINNEAPOLIS, MN 55415

MINNEAPOLIS
301 DIANA E. MURPHY U.S.
COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-1320

AMERICAN ACCOUNTS & ADVISERS
ATTN: BANKRUPTCY
PO BOX 250
COTTAGE GROVE MN 55016-0250

AMERICAN EXPRESS NATIONAL
BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICO
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 410288
KANSAS CITY MO 64141-0288

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

CREDIT FIRST NA
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 818011
CLEVELAND OH 44181-0811

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS CA 91411-2546

CAPITAL ONE
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE AS
AGENT
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 71083
CHARLOTTE, NC 28272-1083

CAPITAL ONE N.A
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
P.O. BOX 21887
EAGAN MN 55121-0887

CARRIS HEALTH LLC
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 150
WILLMAR MN 56201-0150

CENTRA CARE HEALTH
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
1406 6TH AVE N
SAINT CLOUD MN 56303-1900

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA 71203-4774

CITICARDS PRIVATE LABEL
CITICORP CREDIT SERVICES; ATTN: CENTRALI
P.O. BOX 790034
KANSAS CITY MO 64195

COLLECTION BUREAU OF LITTLE FALLS
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 246
LITTLE FALLS MN 56345-0246

CREDIT FIRST NATIONAL ASSOCIATION
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND OH 44181-0315

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

CUSTOM MARBLE & GRANITE
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
310 ATLANTI AVE
GROVE CITY MN 56243-1165

DIRECTV, LLC
BY AMERICAN INFOSOURCE AS AGENT
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 5072
CAROL STREAM, IL 60197-5072

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

50076628v1

FLOOR TO CEILING STORE
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
8075 STERLING DR.
SAINT JOSEPH MN 56374-4684

GRAND TRUE VALU
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
2309 US 12 E
WILLMAR MN 56201-5823

HESTER BALL FAMILY HOLDINGS LP
C/O ROGER BALL
PO BOX 237
TAZEWELL TN 37879-0237

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK, N.A.
S/B/M/T CHASE BANK USA, N.A.
C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON FL 33487-2853

KANDIYOHI COUNTY
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 936
WILLMAR MN 56201-0936

KETCHIKAN CREDIT BUREAU
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
25 JEFFERSON WAY, STE 101
KETCHIKAN AK 99901-5953

KOHLS/CAPITAL ONE
ATTN: CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

LVNV FUNDING
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 740281
HOUSTON TX 77274-0281

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 10587
GREENVILLE, SC 29603-0587

MN DEPT OF REVENUE
ATTN: DENISE JONES
PO BOX 64447
SAINT PAUL MN 55164-0447

MAYO CLINIC
ATTN: BANKRUPTCY DEPARTMENT
200 1ST ST SW
ROCHESTER MN 55905-0002

MICHELLE CHESEBRO
332 S MICHIGAN, SUITE 600
CHICAGO, IL 60604-4318

50076628v1

MIDLAND CREDIT MANAGEMENT, INC.
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
PO BOX 2037
WARREN, MI 48090-2037

MIDLAND CREDIT MANAGEMENT, INC
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO CA 92108-2710

MIDLAND FUND
ATTN: BANKRUPTCY
350 CAMINO DE LA REINE, SUITE 100
SAN DIEGO CA 92108-3007

NCB MANAGEMENT SERVICES
ATTN: BANKRUPTCY
1 ALLIED DRIVE
FEASTERVILLE-TREVOSE PA 19053-6945

PLATINUM SUPPLEMENTAL INS.
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
137 MAIN ST.
SUITE 100
DUBUQUE IA 52001-7677

PREMIER BANKCARD, LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
PO BOX 788
KIRKLAND, WA 98083-0788

RESURGENT CAPITAL SERVICES
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

SBA DISASTER LOAN SERVICE CENT
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM AL 35203-4002

STATE OF MINNESOTA PARENTAL FEE PROGRAM
ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE
PO BOX 64835
ST PAUL MN 55164-0835

50076628v1

US SMALL BUSINESS ADMINISTRATION
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
332 S MICHIGAN, SUITE 600
CHICAGO, IL 60604-4318

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH STREET
MINNEAPOLIS, MN 55415-3070

VERIZON
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
**ATTN: OFFICER, MANAGING AGENT, GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE**
PO BOX 4457
HOUSTON, TX 77210-4457

DANIELLE LIN
LIFEBACK LAW FIRM, PA
6445 SYCAMORE CT. NORTH
MAPLE GROVE MN 55369-6028

DAVINA MONIQUE DURUJI
1373 45TH AVE SW
WILLMAR MN 56201-9668

KYLE CARLSON
CHAPTER 13 TRUSTEE
PO BOX 519
BARNESVILLE MN 56514-0519

QUINTON JAMAHL DURUJI
1373 45TH AVE SW
WILLMAR MN 56201-9668

50076628v1