# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 22-41034 |
| | Chapter 13 |
| Quinton Jamahl Duruji | |
| Davina Monique Duruji | |
| Debtor(s). | **ORDER AVOIDING JUDGMENT LIENS** |

The above entitled matter came before the court on the Debtors' motion for an order avoiding judgment liens pursuant to 11 U.S.C. § 522(f)(1)(A) [Doc 28]. 11 U.S.C. § 349(b)(1)(B) provides, in part, that unless otherwise ordered, a dismissal of a case other than under 11 U.S.C. § 742, reinstates any transfer avoided under 11 U.S.C. § 522. Based on the record,

**IT IS ORDERED:**

1. The judgment lien in the amount of $3,540.00 in favor of Custom Marble and Granite, in Kandiyohi County Civil Court, Case No. 34-CV-18-512 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

2. The judgment lien in the amount of $272,017.95 in favor of Platinum Supplemental Insurance, Inc., in Kandiyohi County Civil Court, Case No. 34-CV-20-273 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

3. The judgment lien in the amount of $1,699.44 in favor of LVNV Funding LLC, in Kandiyohi County Civil Court, Case No. 34-CV-20-365 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

4. The judgment lien in the amount of $3,267.53 in favor of LVNV Funding LLC, in Kandiyohi County Civil Court, Case No. 34-CV-21-118 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

5. The judgment lien in the amount of $2,884.00 in favor of Floor to Ceiling Store, in Kandiyohi County Civil Court, Case No. 34-CV-22-105 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

Dated: *December 8, 2022*

/e/ Katherine A. Constantine
United States Bankruptcy Judge