## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Case No. 22-41034

Chapter 13

Quinton Jamahl Duruji
Davina Monique Duruji

Debtor(s).   **ORDER AVOIDING JUDGMENT LIENS**

The above entitled matter came before the court on the Debtors' motion for an order avoiding judgment liens pursuant to 11 U.S.C. § 522(f)(1)(A) [Doc 28]. 11 U.S.C. § 349(b)(1)(B) provides, in part, that unless otherwise ordered, a dismissal of a case other than under 11 U.S.C. § 742, reinstates any transfer avoided under 11 U.S.C. § 522. Based on the record,

**IT IS ORDERED:**

1. The judgment lien in the amount of $3,540.00 in favor of Custom Marble and Granite, in Kandiyohi County Civil Court, Case No. 34-CV-18-512 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

2. The judgment lien in the amount of $272,017.95 in favor of Platinum Supplemental Insurance, Inc., in Kandiyohi County Civil Court, Case No. 34-CV-20-273 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

3. The judgment lien in the amount of $1,699.44 in favor of LVNV Funding LLC, in Kandiyohi County Civil Court, Case No. 34-CV-20-365 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

4. The judgment lien in the amount of $3,267.53 in favor of LVNV Funding LLC, in Kandiyohi County Civil Court, Case No. 34-CV-21-118 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

5. The judgment lien in the amount of $2,884.00 in favor of Floor to Ceiling Store, in Kandiyohi County Civil Court, Case No. 34-CV-22-105 is avoided as against the Debtors' homestead located at 1373 45th Ave SW, Willmar, in Kandiyohi County, Minnesota.

Dated: December 8, 2022

/e/ Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:                                                                                           Case No. 22-41034-KAC
Quinton Jamahl Duruji                                                                            Chapter 13
Davina Monique Duruji
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4           User: admin           Page 1 of 2
Date Rcvd: Dec 08, 2022           Form ID: pdf111           Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Quinton Jamahl Duruji, Davina Monique Duruji, 1373 45th Ave SW,, Willmar, MN 56201-9668 |
| | | Custom Marble and Granite, Attn: Bradley Haag, 50735 County Road 16, Grove City, MN 56243 |
| | + | Floor to Ceiling Store, Attn: President/CEO/Managing Partner, 224 St. Andrews Drive, Mankato, MN 56001-8584 |
| | + | Floor to Ceiling Store, Attn: President/CEO/Managing Partner, 26 1st Ave N, Waite Park, MN 56387-1213 |
| | + | LVNV Funding, c/o Resurgent Capital, Corporation Service Company, 2345 Rice Street, Suite 230, Roseville, MN 55113-3769 |
| intp | + | PSB Credit Services, Inc., PO Box 38, Prinsburg, MN 56281-0038 |
| | + | Platinum Supplemental Insurance, Inc., Attn: President/CEO/Managing Partner, The Platinum Building, 137 Main Street, Dubuque, IA 52001-7677 |
| intp | + | United States Small Business Administration, Attn: Erin M. Secord, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 21:15:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PRINSBANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022           Signature:      /s/Gustava Winters

District/off: 0864-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 08, 2022 | Form ID: pdf111 | Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel Remington | on behalf of Interested Party PSB Credit Services Inc. dan.remington@lathropgpm.com |
| Danielle Lin | on behalf of Debtor 2 Davina Monique Duruji tim@lifebacklaw.com daniellel@lifebacklaw.com |
| Danielle Lin | on behalf of Debtor 1 Quinton Jamahl Duruji tim@lifebacklaw.com daniellel@lifebacklaw.com |
| Dorraine A. Larison | on behalf of Creditor PRINSBANK dorraine.larison@gpmlaw.com emily.legatt@lathropgpm.com |
| Dorraine A. Larison | on behalf of Interested Party PSB Credit Services Inc. dorraine.larison@gpmlaw.com, emily.legatt@lathropgpm.com |
| Erin M. Secord | on behalf of Interested Party United States of America Internal Revenue Service erin.secord@usdoj.gov, catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov |
| Erin M. Secord | on behalf of Interested Party United States Small Business Administration erin.secord@usdoj.gov catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov |
| Jeffrey A. Peterson | on behalf of Interested Party PSB Credit Services Inc. jeffrey.peterson@lathropgpm.com, emily.legatt@lathropgpm.com |
| Kyle Carlson | info@carlsonch13mn.com barnesvillemn13@ecf.epiqsystems.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| United States of America, Internal Revenue Service | erin.secord@usdoj.gov |

TOTAL: 11