UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:

Quinton Jamahl Duruji and
Davina Monique Duruji,

Debtors.

Chapter 13

Case No. 22-41034

ORDER

This matter came before the court for hearing on confirmation of the debtors' plan. The United States of America - Internal Revenue Service filed objections to confirmation and a motion to dismiss. The United States requested an order denying confirmation and dismissing the case. Appearances, if any, were noted on the record.

It appears to the satisfaction of the court that the debtors' plan cannot be confirmed.

IT IS ORDERED:

The case is dismissed.

Dated: December 27, 2022

/e/ Katherine A. Constantine
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge