**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 22-41034 |
| | Chapter 13 |
| Quinton Jamahl Duruji | |
| Davina Monique Duruji | |
| Debtor. | |

**NOTICE OF HEARING AND MOTION FOR COMPENSATION**
**BY ATTORNEY FOR DEBTOR IN A CHAPTER 13 CASE**

1. Danielle Q. Lin, Applicant, gives notice of hearing and pursuant to Fed. R.Bankr.P. 2016 and Local Bankruptcy Rule 2016-1, moves the Court for Allowance of fees for professional services and reimbursement of expenses:

2. The Court will hold a hearing on this application at 11:00 a.m. on Thursday, January 19, 2023, in Courtroom 8 West, 8th Floor, at the United States Courthouse, at 300 S 4th Street, in Minneapolis, Minnesota, before the Honorable Chief Judge Katherine A. Constantine, United States Bankruptcy Judge,

3. Any response to this application must be filed and delivered to Applicant no later than Friday, January 13, 2023, which is five days before the hearing including Saturdays, Sundays, and holidays. UNLESS A RESPONSE OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING.

4. The Court has jurisdiction over this application pursuant to 28 USC §§ 157 and 1334, Bankruptcy Rule 5005 and 2016; and Local Rule 2016. This proceeding is a core proceeding. This Application arises under 11 U.S.C. §§ 330 and 331.

5. The petition commencing this case was filed on June 28, 2022. Debtors' Chapter

13 plan has not been confirmed.

6. Debtor's Chapter 13 case was dismissed on December 27, 2022, due to clients not making their required Chapter 13 payments.

7. The trustee has $272.73 on hand.

8. Applicant seeks allowance of fees and reimbursement of expenses as follows:

Fees:
| | |
|---|---|
| Motion to value | $ |
| Other pre-confirmation services | $ 3,000.00 |
| Post-confirmation services | $ |

Expenses:
| | |
|---|---|
| | $ |
| Filing Fee | $ 313.00 |
| Copies _____ (#) @ $. _____ = | $ |
| Postage _____ (#) @ $ _____ . = | $ |
| Other (Itemize): Credit Counseling and Personal Financial Mngt Courses | $ 47.00 |

| | |
|---|---|
| Total Expenses | $ $0.00 |
| *Total Fees and Expenses:* | $ 3,360.00 |

(collectively, "Requested Fees and Expenses.") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

9. The requested fees and expenses constitute reasonable compensation for actual, necessary services rendered by the applicant and actual, necessary expenses incurred on behalf of the Debtors. The services provided consist of the following:

> [x] Pre-confirmation services;
>> [ ] Post-confirmation services consisting of the following:
>>> [ ] Resolving motion for relief from stay
>>> [ ] Resolving motion for dismissal
>>> [ ] Filing motion(s) for sale of real estate
>>> [ ] Preparing, serving, and filing modified plan
>>> [ ] Assisting the debtor in complying with § 521(f)(4)

10. Regarding the requested fees and expenses, the Debtors have paid the Applicant the sum of $0.00 as of December 28, 2022. Debtors owe the Applicant the sum of $3,000.00 for

the unpaid balance.

11. The Applicant has applied for fees and/or expenses in this case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|
| 06/28/2022 | $3,000.00 | N/A | N/A | $0.00 |

12. Applicant is unaware of any unpaid administrative expenses other than the Chapter 13 Trustee's fee.

13. Applicant has not shared or agreed to share with any other person, other than with members of this Applicant's law firm, any compensation paid or to be paid in this case.

**WHEREFORE**, Applicant requests the Court to enter an Order as follows:

(A) Awarding $272.73 to be paid through disbursements by the Chapter 13 Trustee from funds available, as stated in paragraph 7 above, for compensation and/or reimbursement; and

(B) If no plan is confirmed, authorizing the Chapter 13 Trustee to disburse to Applicant from funds on hand, funds in the amount of the fees and expenses allowed thereunder.

Dated: December 28, 2022

LIFEBACK LAW FIRM, P.A.

/e/ Danielle Q. Lin - #0402579
4480 Erin Drive
Eagan, MN 55122
(612) 843-0525
daniellel@lifebacklaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Case No. 22-41034
Chapter 13

Quinton Jamahl Duruji
Davina Monique Duruji,

      Debtor.

### UNSWORN CERTIFICATE OF SERVICE

    I, Timothy A. Torreson, declare under penalty of perjury that on December 28, 2022, I caused to be served the Notice of Hearing and Motion for Compensation by Attorney for Debtor in a Chapter 13 Case via the CM/ECF system to those parties requesting electronic notification and upon the debtor, by first class mail, at the following address:

QUINTON & DAVINA DURUJI
1373 45TH AVENUE SW.
WILLMAR, MN 56201

Dated: December 28, 2022      /e/ Timothy A. Torreson
    Timothy A. Torreson
    LifeBack Law Firm, P.A.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:    Case No. 22-41034
          Chapter 13

Quinton Jamahl Duruji
Davina Monique Duruji

      Debtor.

**ORDER**

      This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for the Debtor in Chapter 13 case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

      IT IS ORDERED:

      Applicant is awarded $272.73 for total compensation and $0.00 for reimbursement of expenses and the Trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

Dated: _____    _____
                                                                United States Bankruptcy Judge