UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:

Quinton Jamahl Duruji and
Davina Monique Duruji,

Chapter 13

Case No. 22-41034

Debtors.

ORDER

This matter came before the court for hearing on confirmation of the debtors' plan. The United States of America - Internal Revenue Service filed objections to confirmation and a motion to dismiss. The United States requested an order denying confirmation and dismissing the case. Appearances, if any, were noted on the record.

It appears to the satisfaction of the court that the debtors' plan cannot be confirmed.

IT IS ORDERED:

The case is dismissed.

Dated: December 27, 2022

/e/ Katherine A. Constantine
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 22-41034-KAC
Quinton Jamahl Duruji Chapter 13
Davina Monique Duruji
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 3
Date Rcvd: Dec 27, 2022      Form ID: pdf222      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Quinton Jamahl Duruji, Davina Monique Duruji, 1373 45th Ave SW,, Willmar, MN 56201-9668 |
| intp | + | United States Small Business Administration, Attn: Erin M. Secord, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |
| 62858544 | + | Americo, PO Box 410288, Kansas City, MO 64141-0288 |
| 62838746 | | CitiCards Private Label, Citicorp Credit Services; Attn: Centrali, P.O. Box 790034, Kansas City MO 64195 |
| 62838747 | + | Collection Bureau Of Little Falls, Po Box 246, Little Falls MN 56345-0246 |
| 62838750 | + | Custom Marble & Granite, 310 Atlanti Ave, Grove City MN 56243-1165 |
| 62838752 | #+ | Floor to Ceiling Store, 8075 Sterling Dr., Saint Joseph MN 56374-4684 |
| 62838753 | + | Grand True Valu, 2309 US 12 E, Willmar MN 56201-5823 |
| 62838754 | + | Hester Ball Family Holdings LP, %Roger Ball, PO Box 237, Tazewell TN 37879-0237 |
| 62838756 | + | Kandiyohi County, PO Box 936, Willmar MN 56201-0936 |
| 62838757 | + | Ketchikan Credit Bureau, 25 Jefferson Way, Ste 101, Ketchikan AK 99901-5953 |
| 62838760 | | Mayo Clinic, Attn: Bankrupty Department, 200 1st St SW, Rochester MN 55905-0002 |
| 62888207 | + | Michelle Chesebro, 332 S Michigan, Suite 600, Chicago, IL 60604-4318 |
| 62866572 | | PSB Credit Services, Inc., PO Box 38, Prinsburg, MN 56281-0038 |
| 62838765 | + | Platinum Supplemental Ins., 137 Main St., Suite 100, Dubuque IA 52001-7677 |
| 62838766 | + | Prinsbank, 12011 Business Park Blvd N, Champlin MN 55316-4526 |
| 62848722 | + | SBA Disaster Loan Service Cent, 2 North 20th Street, Suite 320, Birmingham AL 35203-4002 |
| 62847920 | + | STATE OF MINNESOTA PARENTAL FEE PROGRAM, PO BOX 64835, ST PAUL MN 55164-0835 |
| 62888208 | + | US Small Business Administration, 332 S Michigan, Suite 600, Chicago, IL 60604-4318 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62838738 | + | Email/Text: pfahey@amaccts.com | Dec 27 2022 23:00:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove MN 55016-0250 |
| 62849655 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2022 23:15:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 62838739 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2022 23:15:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 62838743 | | Email/Text: RMHricebill@carrishealth.com | Dec 27 2022 22:59:00 | Carris Health, 301 Becker Ave SW, Willmar MN 56201 |
| 62841455 | + | Email/Text: BKPT@cfna.com | Dec 27 2022 23:00:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 62838740 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 27 2022 23:00:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 62838741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 23:15:43 | Capital One, Po Box 31293, Salt Lake City UT |

Case 22-41034  Doc 40  Filed 12/29/22  Entered 12/29/22 23:28:00  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf222 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 62844708 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | 84131-0293 |
| | | | Dec 27 2022 23:15:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 62838742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 27 2022 23:15:33 | Capital One N.A, P.O. Box 21887, Eagan MN 55121-0887 |
| 62838744 | + | Email/Text: bknotification@centracare.com | | |
| | | | Dec 27 2022 23:00:00 | Centra Care Health, 1406 6th Ave N, Saint Cloud MN 56303-1900 |
| 62838748 | + | Email/Text: BKPT@cfna.com | | |
| | | | Dec 27 2022 23:00:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 62838749 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Dec 27 2022 23:15:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 62841094 | | Email/Text: G06041@att.com | | |
| | | | Dec 27 2022 23:00:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 62838751 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Dec 27 2022 23:15:34 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 62838755 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 27 2022 23:00:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62838745 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 27 2022 23:15:42 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 62857204 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 27 2022 23:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 62838758 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Dec 27 2022 23:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 62838759 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 27 2022 23:15:27 | LVNV Funding, PO Box 740281, Houston TX 77274-0281 |
| 62839957 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 27 2022 23:15:27 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 62838763 | + | Email/Text: mdor.bkysec@state.mn.us | | |
| | | | Dec 27 2022 22:59:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62842875 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 27 2022 23:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 62838761 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 27 2022 23:00:00 | Midland Credit Managment, Inc, 2365 Northside Drive, Suite 300, San Diego CA 92108-2710 |
| 62838762 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 27 2022 23:00:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego CA 92108-3007 |
| 62838764 | ^ | MEBN | | |
| | | | Dec 27 2022 22:58:30 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose PA 19053-6945 |
| 62847705 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Dec 27 2022 23:00:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 62851227 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 27 2022 23:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 62838767 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 27 2022 23:15:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62862471 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 27 2022 23:15:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 62838768 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 27 2022 23:15:34 | Verizon, PO BOX 4457, Houston TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PRINSBANK |
| intp | *+ | PSB Credit Services, Inc., PO Box 38, Prinsburg, MN 56281-0038 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Remington | on behalf of Interested Party PSB Credit Services  Inc. dan.remington@lathropgpm.com |
| Danielle Lin | on behalf of Debtor 2 Davina Monique Duruji tim@lifebacklaw.com  daniellel@lifebacklaw.com |
| Danielle Lin | on behalf of Debtor 1 Quinton Jamahl Duruji tim@lifebacklaw.com  daniellel@lifebacklaw.com |
| Dorraine A. Larison | on behalf of Creditor PRINSBANK dorraine.larison@gpmlaw.com  emily.legatt@lathropgpm.com |
| Dorraine A. Larison | on behalf of Interested Party PSB Credit Services  Inc. dorraine.larison@gpmlaw.com, emily.legatt@lathropgpm.com |
| Erin M. Secord | on behalf of Interested Party United States of America  Internal Revenue Service erin.secord@usdoj.gov, catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov |
| Erin M. Secord | on behalf of Interested Party United States Small Business Administration erin.secord@usdoj.gov catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov |
| Jeffrey A. Peterson | on behalf of Interested Party PSB Credit Services  Inc. jeffrey.peterson@lathropgpm.com, emily.legatt@lathropgpm.com |
| Kyle Carlson | info@carlsonch13mn.com  barnesvillemn13@ecf.epiqsystems.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| United States of America, Internal Revenue Service | erin.secord@usdoj.gov |

TOTAL: 11