UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

BKY 22-41034

Quinton Jamahl Duruji
Davina Monique Duruji,

Chapter 13

Debtor(s).

ORDER

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for the Debtors in Chapter 13 case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

Applicant is awarded $272.73 for total compensation and $0.00 for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

BY THE COURT:

Dated: *January 19, 2023*

/e/ Katherine A. Constantine
United States Bankruptcy Judge