UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

BKY 22-41034

Quinton Jamahl Duruji
Davina Monique Duruji,

Chapter 13

Debtor(s).

## ORDER

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for the Debtors in Chapter 13 case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

Applicant is awarded $272.73 for total compensation and $0.00 for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

BY THE COURT:

Dated: January 19, 2023

/e/ Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 22-41034-KAC
Quinton Jamahl Duruji Chapter 13
Davina Monique Duruji
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Quinton Jamahl Duruji, Davina Monique Duruji, 1373 45th Ave SW,, Willmar, MN 56201-9668 |
| intp | + | PSB Credit Services, Inc., PO Box 38, Prinsburg, MN 56281-0038 |
| intp | + | United States Small Business Administration, Attn: Erin M. Secord, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PRINSBANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Remington | on behalf of Interested Party PSB Credit Services Inc. dan.remington@lathropgpm.com |
| Danielle Lin | on behalf of Debtor 2 Davina Monique Duruji tim@lifebacklaw.com daniellel@lifebacklaw.com |
| Danielle Lin | on behalf of Debtor 1 Quinton Jamahl Duruji tim@lifebacklaw.com daniellel@lifebacklaw.com |

Case 22-41034    Doc 42    Filed 01/21/23    Entered 01/21/23 23:27:01    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0864-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: pdf111 | Total Noticed: 3 |

Dorraine A. Larison
    on behalf of Creditor PRINSBANK dorraine.larison@gpmlaw.com emily.legatt@lathropgpm.com

Dorraine A. Larison
    on behalf of Interested Party PSB Credit Services Inc. dorraine.larison@gpmlaw.com, emily.legatt@lathropgpm.com

Erin M. Secord
    on behalf of Interested Party United States Small Business Administration erin.secord@usdoj.gov
    catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov

Erin M. Secord
    on behalf of Interested Party United States of America Internal Revenue Service erin.secord@usdoj.gov,
    catherine.merle@usdoj.gov;darcie.boschee@usdoj.gov;Caseview.ECF@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;barbara.wilson@usdoj.gov

Jeffrey A. Peterson
    on behalf of Interested Party PSB Credit Services Inc. jeffrey.peterson@lathropgpm.com, emily.legatt@lathropgpm.com

Kyle Carlson
    info@carlsonch13mn.com barnesvillemn13@ecf.epiqsystems.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

United States of America, Internal Revenue Service
    erin.secord@usdoj.gov


TOTAL: 11