UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 22-41034 |
| QUINTON JAMAHL DURUJI and DAVINA MONIQUE DURUJI, | NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |
| Debtors. | FOR UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE AND UNITED STATES SMALL BUSINESS ADMINISTRATION |

PLEASE TAKE NOTICE that Adine S. Momoh, Assistant United States Attorney, hereby notes her appearance as attorney of record for the United States of America, Internal Revenue Service ("IRS") and the United States Small Business Administration ("SBA"), and that Erin M. Secord, Assistant United States Attorney, hereby withdraws her appearance for the IRS and SBA.  All parties are requested to serve all notices and papers served or filed in this case on Adine S. Momoh at the office address set forth below.

| | |
|---|---|
| Dated:  March 14, 2023 | Dated: March 14, 2023 |
| ANDREW M. LUGER<br>United States Attorney | ANDREW M. LUGER<br>United States Attorney |
| /e/ Erin M. Secord | /e/ Adine S. Momoh |
| BY: ERIN M. SECORD<br>Assistant U.S. Attorney<br>Attorney ID Number 0391789<br>600 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>Phone: 612-664-5600<br>Email: Erin.Secord@usdoj.gov | BY: ADINE S. MOMOH<br>Assistant U.S. Attorney<br>Attorney ID Number 0390085<br>600 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5600<br>Email: Adine.Momoh@usdoj.gov |
| | Attorneys for United States of America, Internal Revenue Service and United States Small Business Administration |