UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| QUINTON JAMAHL DURUJI and DAVINA MONIQUE DURUJI, | Case No. 22-41034 |
| Debtors. | **UNSWORN CERTIFICATE OF SERVICE** |

    I, <u>Darcie M. Boschee</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>March 14, 2023</u> I caused to be served a copy of the following documents:

**Notice of Appearance and Substitution of Counsel and Unsworn Certificate of Service**

mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

| | |
|---|---|
| Quinton Jamahl Duruji<br>1373 45th Ave SW<br>Willmar, MN 56201 | Davina Monique Duruji<br>1373 45th Ave SW<br>Willmar, MN 56201 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: <u>March 14, 2023</u>    Signed:    /e/ Darcie M. Boschee
                                                          DARCIE M. BOSCHEE
                                                          Paralegal Specialist